**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

vs.  CASE NO. 3:94-cr-10(S1)-J-21

**BRUCE MOYE,**

_____/

**O R D E R**

Before the Court is the Defendant's Motion to Dismiss for Want of Jurisdiction Pursuant to Fed. R. Civ. Proc. 12(b) and 18 U.S.C. §3742 (Dkt. 726). The Court sees no basis for dismissal for want of jurisdiction under Rule 12(b)(1), Federal Rules of Civil Procedure, or to review the Defendant's sentence pursuant to 18 U.S.C. §3742(a). Accordingly, the Defendant's Motion to Dismiss (Dkt. 726) is **DENIED.**

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 28th day of June, 2005.

_____
JOHN H. MOORE II
United States District Judge

**Copies to:**   Counsel of Record
                Defendant